[No. 10383-1-I.   Division One.   December 14, 1983.]

RICHARD B. SANDERS, *Appellant*, v. DIAMOND
PARKING, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 79-2-06801-2, Gerard M. Shellan, J., entered
May 8, 1981. *Affirmed in part* and *remanded* by unpub-
lished opinion per Corbett, J., concurred in by Durham,
A.C.J., and Callow, J.

[No. 10480-2-I.   Division One.   December 14, 1983.]

OMER COOPER, ET AL, *Appellants*, v. EUGENE L.
HALL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Island
County, No. 12774, Richard L. Pitt, J., entered June 5,
1981. *Affirmed* by unpublished opinion per Andersen, C.J.,
concurred in by Corbett and Scholfield, JJ.

[No. 11979-6-I.   Division One.   December 14, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTURO
GENE GARZA, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82-1-00325-1, Lee Kraft, J., entered June 24,
1982. *Affirmed* by unpublished opinion per Williams, J.,
concurred in by Durham, A.C.J., and Scholfield, J.

[No. 12117-1-I.   Division One.   December 14, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL
E. HAYES, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82-1-00571-8, Horton Smith, J., entered July
22, 1982. *Affirmed* by unpublished opinion per Callow, J.,
concurred in by Swanson and Williams, JJ.